No. 79–953. FEENEY v. PERSONNEL ADMINISTRATOR OF MASSACHUSETTS ET AL. Affirmed on appeal from D. C. Mass.

No. D–173. IN RE DISBARMENT OF SALLS. Disbarment entered. [For earlier order herein, see 444 U. S. 894.]

No. D–178. IN RE DISBARMENT OF SMITH. Disbarment entered. [For earlier order herein, see 444 U. S. 912.]

No. 9, Orig. UNITED STATES v. LOUISIANA ET AL. Motion of Louisiana for divided argument granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion. [For earlier order herein, see, e. g., 444 U. S. 1064.]

No. 78–6885. HICKS v. OKLAHOMA. Ct. Crim. App. Okla. [Certiorari granted, 444 U. S. 963.] Motion of Jan Eric Cartwright, Attorney General of Oklahoma, to permit Janet L. Cox to present oral argument pro hac vice granted.

No. 79–4. WILLIAMS ET AL. v. ZBARAZ ET AL.;

No. 79–5. MILLER, ACTING DIRECTOR, DEPARTMENT OF PUBLIC AID OF ILLINOIS, ET AL. v. ZBARAZ ET AL.; and

No. 79–491. UNITED STATES v. ZBARAZ ET AL. D. C. N. D. Ill. [Probable jurisdiction postponed, 444 U. S. 962.] Petition for rehearing of denial of motion for appointment of Alan Ernest as counsel for children unborn and born alive denied.

**901**